UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-172 (MJD/TNL) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE POSITION PLEADINGS** |
| | ) | |
| CHARLES ANTONIO GAYLES, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that:

Defendant's Motion for Extension of Time [Docket No. 48] is **GRANTED**. All position pleadings and written correspondence are due by March 5, 2020

Dated: February 12, 2020

                                                    s/ Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court